**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| GREGORY THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-CV-1012 CAS |
| ) | |
| TOM VILLMER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Office of the Missouri Attorney General has notified the Court that it cannot waive service for defendant James Ford because he is no longer employed by the State of Missouri. As a result, the Court will direct defense counsel to submit to the Court, under seal, the last known residential address for defendant James Ford.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel will provide the Court with defendant James Ford's last known address, under seal, no later than twenty-one (21) days from the date of this Memorandum and Order.

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 27th day of October, 2016.